JAP:JSR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA

   - against -

MITCH MORGAN,

        Defendant.
- - - - - - - - - - - - - - - - -X

<u>11-1246 M</u>
C O M P L A I N T

(21 U.S.C. §§ 952(a)
 and 960)

EASTERN DISTRICT OF NEW YORK, SS:

      GREG STEMKOSKI, being duly sworn, deposes and states that he is a Special Agent with the Department of Homeland Security, Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such.

      Upon information and belief, on or about December 18, 2011, within the Eastern District of New York and elsewhere, the defendant MITCH MORGAN did knowingly and intentionally import a controlled substance into the United States from a place outside thereof, which offense involved 500 grams or more of a substance containing cocaine, a Schedule II controlled substance.

      (Title 21, United States Code, Sections 952(a) and 960).

      The source of your deponent's information and the grounds for his belief are as follows:[1/]

---

[1/]   Because the purpose of this affidavit is merely to establish probable cause, I have not set forth all of the facts and circumstances of which I am aware.

2

1. On or about December 18, 2011, the defendant MITCH MORGAN arrived at John F. Kennedy International Airport in Queens, New York ("JFK") aboard Caribbean Airlines flight No. 15 from Kingston, Jamaica.

2. A Customs and Border Protection ("CBP") officer selected the defendant MITCH MORGAN for an enforcement exam. During the enforcement examination, the defendant appeared nervous and avoided eye contact.

3. A pat-down was conducted by a CBP officer at which time the defendant MITCH MORGAN was asked to remove his sneakers. A CBP officer noticed that the sneakers felt very heavy. The sneakers were probed, revealing a white substance, which field tested positive for cocaine. The defendant was arrested.

4. The total approximate gross weight of the substance that tested positive for the presence of cocaine is 1,060.9 grams.

WHEREFORE, your deponent respectfully requests that the defendant MITCH MORGAN be dealt with according to law.

3

S/ Greg Stenkowski
_____
GREG STENKOWSKI
Special Agent
Homeland Security Investigations

Sworn to before me this
19th day of December, 2011

S/ Robert Levy
_____
HONORABLE ROBERT M. LEVY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK