# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and
Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

January 31, 2013

<u>by ECF andHand Delivery</u>
The Honorable Alleyne R. Ross
Senior United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    RE:   <u>**United States of America vs. Mitch Morgan**</u>, 12-CR-029 (ARR)

Your Honor:

    I write on behalf of my client, whose real name is Horace Cruickshank and is awaiting sentencing before Your Honor.

    Recently, Mr Cruickshank and I met with the government at a "proffer session" in an effort to clear up the confusion and misinformation that was caused by his use of travel documents in the name of Mitch Morgan and hope to the same for Your Honor now.

<u>Objections to Pre-Sentence Report (PSR)</u>

    Mr. Cruickshank and I have reviewed the PSR and note the following mistakes made as a result of the wrongful identity and by no means the fault of the Probation Department:

    -In the **Identifying Data** section of the PSR, his **Date of Birth** should be March 24, 1976 and his **Age**, 36. Corroborated by his Jamaican Birth Certificate and Drivers License attached as **Exhibit A**.

    -In ¶ 3, in **The Offense Conduct** section of the Report, it should be noted that Mr. Cruickshank was not the individual from whom currency was seized in 1998 and he has not traveled to the United States 17 times. Rather, at the "proffer session" Mr. Cruickshank explained in detail a total of 3 prior trips to the United States to visit friends and relatives.

    -In the context of ¶ 7 in the **Offense Level Computation** section, as a result of the"proffer session", Mr. Cruickshank has satisfied the government that he has, "truthfully

provided...all the information and evidence he has concerning the offense..." and thereby met the requirements of Guideline §§ 2D1.1(b) and 5C1.2, the so-called "safety-valve" provisions. This should will result in a decrease of his Total Offense Level by 2 levels there to 17 at ¶ 13 and a guideline imprisonment range of **24 to 30** months at ¶ 34.

Advisory Sentencing Guideline Calcuation

With these adjustments, we not otherwise dispute the calculation of the advisory guideline imprisonment range. However, we do believe that in spite of Mr. Cruickshank's earlier obfuscation, there remains enough in "the nature and circumstances of the offense and the history and characteristics of the defendant," that would make a sentence for him below the calculated sentencing guideline range, "reasonable" and consistent with the purposes of 18 U.S.C. §3553 (a). *See United States v. Booker*, 125 S. Ct. 738 (2005), *United States v. Crosby*, 397 F.3d 103 (2nd Cir. 2005) .

**18 U.S.C. 3553(a) Analysis**

**A. The factors to consider in determining sentence.**

Since *Booker*, the Court is required to consider the sentencing guidelines as just one of the sentencing factors enumerated in, 18 U.S.C. §3553(a) and the so-called "parsimony clause," requires the Court, after considering the statutory sentencing factors, to impose a sentence "sufficient, but not greater than necessary," to comply with the goals of sentencing set forth in §3553(a)(2).

**1. 18 U.S.C. §3553(a)(1).  The nature and circumstances of the offense and the history and characteristics of the Defendant.**

Horace Cruickshank is a 36 year old man from Jamaica. He has two young daughters, ages 7 and 9, with the same woman that he has been romantically involved with for over twelve years. When he was working, before his arrest, he was doing his best to support them. His work for the past eleven years has been preparing and selling cooking spices in an open air market place in Kingston, Jamaica. It was when this little business fell apart, that he became desperate enough to become involved in this ill fated drug courier trip.

Mr. Cruickshank's abilities have always been limited by the head and facial injuries that he suffered when he was hit by a car at the age of 13. He spent a year in the hospital and it ended his education in the equivalent of the 8th grade. He has had memory problems since that time and has been diagnosed at the Metropolitan Detention Center as suuffering from an unspecified Anxiety State, a Depressive Disorder and Psychosocial and Environmental Problems. PSR at ¶ 24-25. He also has a history of alcohol abuse. PSR at ¶ 27.

Attached, as **Exhibit B**, are letters from the mother of his children, as well as his mother and sister that provide some history of his life and attest to Mr. Cruickshank's qualities as a man and importance to his family.

**2. 18 U.S.C. §3553(a)(2). Purposes of punishment applied to the Defendant.**

***Reflect the seriousness of the offense, promote respect for the law, and to provide just punishment for the offense. 18 U.S.C. §3553(a)(2)(A).***

The crime is indeed serious and while there is, of course, a need to promote respect for the law, the collateral consequences of Mr. Cruickshank's conviction will certainly insure it. He will have already been in jail for well over a year on the day of sentencing and as, a non-U.S. citizen, he will be deported and no longer able to travel to the United States. The travel documents that were seized at the time of his arrest were instrumental to his ability to commit this crime.

***Afford adequate deterrence to criminal conduct. 18 U.S.C. §3553(a)(2)(B).***

Mr. Cruickshank has certainly come to realize severe consequences of his actions as have his family and anyone that knows him at home.

***Protect the public from further crimes of the defendant. 18 U.S.C. §3553(a)(2)(B).***

The collateral consequence of deportation is sufficient to satisfy this factor.

***Provide the defendant with needed educational, or vocational training, medical care, or other correctional treatment in the most effective manner. 18 U.S.C. §3553(a)(2)(D).***

This congressional mandate cannot be carried out in the Bureau of Prisons. Non-citizens with INS detainers, like Mr. Cruickshank, are not eligible for most of the rehabilitative and none of the residential reentry programs that are offered to others.

Other Considerations

Mr. Cruickshank is not a well man. In addition to his mental and emotional issues, as reported in ¶ 26 of the PSR, he has asthma and a condition related to tuberculosis which makes him physically uncomfortable every day in prison for him is exacerbated by it.

Conclusion

With these factors and circumstances in mind, I must, respectfully, urge Your Honor to heed the so-called "parsimony clause" of 3553(a) and be as lenient as possible in imposing , "a

sentence sufficient, but not greater than necessary," to allow Mr. Cruickshank to return to the needs of his family as soon as reasonably possible.

   Thank You for Your attention to and consideration in this matter.

                    Respectfully Submitted,


                     MICHAEL P. PADDEN, ESQ.
                     (718) 330-1240

cc:  AUSA Nathan D. Reilly

   USPO Lisa A. Langone

   Mitch Morgan ( True Name: Horace Cruickshank)
   (MDC) Reg.#65868-053

Exhibit A

| ORIGINAL FORM A | BIRTH REGISTRATION FORM | (Section 12) |
|---|---|---|

1. BIRTH IN THE DISTRICT OF... KINGSTON
2. PARISH... KINGSTON   3. No. AA 6813
4. Place of Birth... VICTORIA JUBILEE HOSPITAL
5. Date of Birth... Twenty-fourth March 1976
6. Sex... Male
7. Name of Child... [illegible]
8. Physician or registered midwife in attendance... Nurse L. Rogers

**FATHER**

9. Name and Surname... 
10. Age at time of birth... years  11. Occupation... 
12. Birthplace... 

**MOTHER**

13. (a) Residence... 21 Norman Lane
    (b) Town or Village... Whitfield Town  (c) Parish... St. Andrew
14. No. of Children previously born to mother (a) Alive... 8  (b) Still-born... nil
15. Name and Maiden Surname... Olive Small
16. Age at time of birth... 33 years  17. Occupation... nil
18. Birthplace... St. Ann

**INFORMANT**

19. Name and Surname... 
20. Qualification... 
21. (a) Residence... 
    (b) Town or Village... 
    (c) Parish... 

Signature of Informant

**REGISTRAR'S CERTIFICATE**

22. (a) Signed in my presence by the said informant
    (or)
    (b) Entered by me from the particulars on a Certificate received from... Y. Morgan for
        Chief Resident Officer,
        Victoria Jubilee Lying In Hospital
23. Witness... KINGSTON
24. Date... Twenty-fifth March 1976  25. (Signed)... M. Russia
                                              Deputy

**PARTICULARS OF LATE REGISTRATION OF BIRTH**

26. Name... Horace Hugh David Cruickshank
27. Authority... Certificate of Naming
28. Date issued... First February 1977



# Exhibit B



**Marsha Cruickshank**
<mar_cru@yahoo.com>
04/21/2012 09:48 AM

To  michael padden <michael_padden@fd.org>
cc
bcc
Subject  Letter for Horace Cruickshank

## Dear Judge,

Good day to you, my name is Cecelia McKay, I am Horace Cruickshank com[mon-law wife, we have] together Britannia Cruickshank and Beyonka Cruickshank eight and six years old. Horace an[d I are the] greatest father and partner any family could ask for, he does his best for us all as the head of [the home. He] is not here right now and our expenses are backing up on me for example, our daughters atten[d school] that is to be paid and also food and clothing, he is the one who takes care of us full time pleas[e,] whatever he has done I know he has done it for them and for his family, as expenses are over[whelming. I] cannot explain to the greatness he has done as a father should be, he fulls them with love, he [takes] them to school and on Sunday he takes them out for a drive to sight see. There is no such thin[g, family] first to him. If they take ill he is the one who takes them to the doctor. He is a kind and loving [father,] please to have mercy on us or should I say him but we are a family whatever happen to him ha[ppen to] him and the oldest one said "he is coming home for her birthday", that is July 24 they miss hi[m have] mercy on us please.
 May Lord God bless you. Please forgive him (us) thank you
Cecelia Mckay

April 21, 2012

Dear Judge,

Sir/Madam,

**<u>Re: Horace Cruickshank</u>**

Compliments of the season, I am Olive Small, the mother of Horace Cruickshank, writing to you with tears in my eyes, and shame on my face, feeling that I am the one before you this day for a brutal crime, therefore I am begging you for leniency. Knowing that I had one dozen children and he is my ninth child, as a mother I have done everything to my best to ensure that all my children are fed, schooled, healthy, godly and law-abiding. It was extremely difficult for me being at times a single parent, but my efforts never failed. My living children from eldest to youngest are, Nola Henry(business woman), Victor Henry(financial controller), Khani Henry(driver-school bus), Jacqueline Henry(retired nursing assistant), Antoinette Henry, Everette Henry(data entry clerk and business man-bus owners with transport authority), Andy Cruickshank(accounting clerk and tour guide), Andrea Cruickshank(auditor), Horace Cruickshank, Darcia Cruickshank(nurse) and Rupert Cruickshank(electrical engineer).

I recollect the accident that injured my son, that day was a dark one, one I believe the earth was closing. I thank god for then spearing my child's life, although the accident has left him with mental disability and deviation in facial expressions at time as his face jumps at times. I tried to continue all his medical checkups but was financially unable to complete therapy. This I realize has impacted his educational achievements as he was offered all schooling opportunities like the other children and to this day remains the least achieved. As his mother I realize that he is unable to concentrates and cannot cope effectively with stress. This reduces his functioning and he has never before gotten himself in problems with the law.

April 21, 2012

Although his seasoning business went negatively and he has several responsibities and was jobless I can't believe he would have resorted to this life. I know he wanted a better life for himself and family, but not this way, now we are extremely ashamed and I am begging your leniency. The hurt that is within me for him is extremely painful as, I am not in a position to cushion him though he is a grown man but because he is not entirely as sound as my other children. He knows of my heart condition and knows that I have suffered 2 heart attacks and a mild stroke, and this I believe is the reason he has hidden his life from me where otherwise I could be of better assistance. But now my son has caused me grief and pain, I never wanted to have a child incarcerated, and if any, certainly not him. He has become the baby of all his brothers and sisters as they have to guide him through difficult times as he is vulnerable and easily persuaded. If any at all he is pitied I am sure he will abstain and understand himself.  We will try to monitor him if he is given a chance, we believe in rights and justice but we still beg for help. He is not a bad person but god knows how and why this has happen to him.

Any and every mother would ache with pains especially, to hear him on the phone from jail and to this day refuses to say what he is charged with. Hearing also how he has lost weight and is becoming anorexic along with his asthmatic problems. I don't know how to bear up even for my life's sake but I am of the hope that you will be lenient, I beg, ask, plea, petition, request, your thoughtfulness and discretion on him my son. I am sorry I don't have the medical record with proof of his accident to attach now but the hospital needs either the authority or client permission to release the report. I trust your understand, and know that you can request send your demand to the Spanish Town Hospital, Spanish Town, St. Catherine. Jamaica

I pray that this will never happen again and appreciate your sincere consideration.
Thanking you please help . Olive Small his Mother

Lot 195 31st Close,
2 North Greater Portmore,
St. Catherrine, Jamaica.

March 28, 2012

The Magistrate
Brooklyn, New York

**Re: Inmate HORACE CRUICKSHANK**

I write to confirm that Horace Cruickshank has been personally known to me, and that he is the child of my mother Olive Small and father Trevor Cruickshank. Over the years, his character has been proven to trustworthy, ambitious and reliable, although he has undergone serious impact from a motor vehicle accident, which has left him with varying mental distortions and to date a face that twitches periodically and worsens under stressful conditions.

Although the accident has deprived him of educational success, as he is unable to retain things for long, he still tries to seek employment by operating his own seasoning and spice business. This he has done for years to support his children and himself. His determination, amidst default has given him new reasons for living, hope and motivation in a country where employment without education is difficult. Unfortunately, his attempt and creative business has failed, and this has left him penniless with exorbitant amount of expense.

Learning about his involvement from his lawyer was rather surprising and nonetheless unacceptable, as the law remains the law irrespective of one's social/mental state, financial or personal desires. Moreover, with this being so I am appealing, begging, craving leniency for my own brother. Seeing that; firstly, he is not entirely a sound character, and also that he has his own family that depends on him, additionally, his children namely, Britannia and Beyonka Cruickshank are not coping well with him being away, and that he doesn't cope well under extreme or stressful conditions.

I must mention that as his sister who knows much about him, and understands his situation and circumstances very well, that I, as well as other relatives, should have tried to alleviate his stress or be of better help to him. But we were unaware of his involvement, and are presently feeling as remorseful as him. All we can do upon your compassion is promise to be of better assistance to him and aid in preventing future occurrences.

Thanks in advance and am most willing to assist future with whatever details you may need.

Yours respectfully,

Darcia Cruickshank